# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 222

Brian Hunter,                                                                  Appellant

v.

North Dakota Workforce Safety and Insurance,                    Appellee

## No. 20210185

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Kirsten M. Sjue, Judge.

AFFIRMED.

Per Curiam.

Brian Hunter, Roosevelt, UT, appellant; submitted on brief.

Jacqueline S. Anderson, Special Assistant Attorney General, Fargo, ND, for appellee; submitted on brief.

## Hunter v. WSI
## No. 20210185

**Per Curiam.**

[¶1]  Brian Hunter appeals from a district court judgment affirming an administrative law judge's (ALJ) decision that affirmed a North Dakota Workforce Safety and Insurance (WSI) decision denying him benefits.  Hunter argues WSI has the burden of proving an injury or illness is not compensable using objective medical evidence.  He asserts the evidence in this case does not support the ALJ's decision.  We summarily affirm under N.D.R.App.P. 35.1(a)(5) and (7).  *See Mickelson v. N.D. Workforce Safety & Ins.*, 2012 ND 164, ¶ 11, 820 N.W.2d 33 (under N.D.C.C. § 65-01-11 claimants bear the burden of proving they have suffered a compensable injury and are entitled to benefits).

[¶2]    Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte